1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   MICHELLE LO (NYRN 4325163)
3  Chief, Civil Division

4  DOUGLAS JOHNS (CABN 314798)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6961
7       FAX: (415) 436-6748
        Douglas.Johns@usdoj.gov
8
   Attorneys for UNITED STATES OF AMERICA
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11

12 IN RE: REQUEST FOR INTERNATIONAL    )   CASE NO. 3:22-MC-80124-DMR
   JUDICIAL ASSISTANCE FROM THE       )
13 SEOUL CENTRAL DISTRICT COURT,      )
   REPUBLIC OF KOREA, IN THE MATTER   )
14 OF KIM JI YEON V. PPKKA            )   STIPULATION FOR DISMISSAL WITHOUT
                                      )   PREJUDICE
15                                    )

16      The United States of America and Google LLC hereby jointly stipulate and agree that this

17 proceeding is voluntarily dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii), with each party

18 to bear its own costs, attorney's fees, and any other expenses incurred in this proceeding.

19                                               Respectfully submitted,

20                                               STEPHANIE HINDS
                                                 United States Attorney
21

22 DATED: October 11, 2022                       */s/ Douglas Johns*
                                                 DOUGLAS JOHNS
23                                               Assistant United States Attorney
                                                 Attorneys for Defendant
24

25 DATED: October 11, 2022                       */s/ Julie Schwartz*
                                                 JULIE E. SCHWARTZ
26                                               KIM Y. NG
                                                 Attorneys for Non-Party Google LLC
27

28
   STIPULATION OF DISMISSAL WITHOUT PREJUDICE
   3:22-MC-80124-DMR
                                            1

**ATTESTATION**

In compliance with Civil L.R. 5-1(h)(3), I, Douglas Johns, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: October 11, 2022         By:     */s/ Douglas Johns*
                                        DOUGLAS JOHNS

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
3:22-MC-80124-DMR